THEODORE EDWARDS, PLAINTIFF IN ERROR, v. JOHN T. MASON ET AL., DEFENDANTS IN ERROR.

Argued March 9, 1904—Decided November 14, 1904.

On error to the Supreme Court.

For the plaintiff in error, *John J. Crandall.*

For the defendants in error, *Robert H. Ingersoll.*

PER CURIAM.

When this case was regularly called for hearing the plaintiff in error appeared by counsel, who abandoned the argument of the cause. This brings the case, in effect, within the rule of this court that prescribes that "if the plaintiff in error shall not appear *to argue* the errors assigned, the judgment of the court below shall be affirmed, with costs."

That is the judgment in this case.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, DIXON, GARRISON, PITNEY, SWAYZE, BOGERT, VREDENBURGH, VROOM, GREEN, GRAY. 11.

*For reversal*—None.